**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7400

GERALD DEAN DAVIS, JR.,

Plaintiff - Appellant,

versus

PAULA A. BREWSTER; JOYCE L. HUFF; EDGAR V.
GUTHRO; TONY FISHER, Chief, Spartanburg Public
Safety Department,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Henry F. Floyd, District Judge. (CA-
04-1711-3-HFF)

Submitted: February 8, 2006        Decided: February 16, 2006

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald Dean Davis, Jr., Appellant Pro Se.  Donna Seegars Givens,
WOODS & GIVENS, L.L.P., Lexington, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Dean Davis, Jr. appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Davis's motion for appointment of counsel and affirm on the reasoning of the district court. See Davis v. Brewster, No. CA-04-1711-3-HFF (D.S.C. Aug. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED